UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1240

ALONZO LEMONTE CONYERS, SR.,

Plaintiff - Appellant,

versus

DEPARTMENT OF THE ARMY; UNITED STATES OF
AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:06-cv-00231-JFM)

Submitted:  September 26, 2007       Decided:  October 10, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alonzo Lemonte Conyers, Sr., Appellant Pro Se.   Allen F. Loucks,
Assistant United States Attorney, Alex Samuel Gordon, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Lemonte Conyers, Sr., appeals the district court's order dismissing as a matter of law his Federal Tort Claims Act action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conyers v. Dep't of the Army, No. 1:06-cv-00231-JFM (D. Md. Jan. 12, 2007). We deny Conyers's motion for appointment of counsel, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED